United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JON CLARK, Individually and For Others Similarly Situated, <br><br> v. <br><br> SABLE PERMIAN RESOURCES, LLC | **Case No. 4:20-cv-01286** <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff's dismissal of all claims against Sable Permian Resources, LLC with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this  28th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE